IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BLACK & DECKER INC. and BLACK & DECKER (U.S.) INC., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. _____ |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| TECHTRONICS INDUSTRIES CO. LTD., ONE WORLD TECHNOLOGIES, INC. and OWT INDUSTRIES, INC., | ) ) ) ) | |
| Defendants. | ) | |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiffs, Black & Decker Inc. and Black & Decker (U.S.) Inc. (collectively "Black & Decker"), complain of Defendants, TechTronics Industries Co. Ltd., One World Technologies, Inc. and OWT Industries, Inc., as follows:

### Parties, Jurisdiction and Venue

1.  This is a claim for patent infringement and arises under the patent laws of the United States, Title 35 of the United States Code. This Court has original jurisdiction over the subject matter of this claim under 28 U.S.C. § 1338(a).

2.  Black & Decker Inc. is a Delaware corporation having its principal place of business at 1207 Drummond Plaza, Newark, Delaware.

3.  Black & Decker (U.S.) Inc. is a Maryland corporation having its principal place of business at 701 East Joppa Road, Towson, Maryland.

4.  TechTronics Industries Co. Ltd. ("TTi") is a Hong Kong corporation having its principal place of business at 24/F, CDW Building, 388 Castle Peak Road, Tsuen Wan, N.T. Hong Kong. TTi is a designer and manufacturer of power tool products, including power tools

sold under the RIDGID brand name. TTi maintains sales representatives in Delaware for its power tool products, including the products at issue in this case.

5.    One World Technologies, Inc. ("One World") is a Delaware corporation having its principal place of business at 1428 Pearman Dairy Road, Anderson, South Carolina. One World is a wholly-owned subsidiary of TTi.

6.    OWT Industries, Inc. ("OWT") is a Delaware corporation having its principal place of business at 225 Pumpkintown Highway, Pickens, South Carolina. OWT is a subsidiary of One World.

7.    One World and OWT manufacture and distribute power tool products under the RIDGID brand name.

8.    Each Defendant transacts business in this District, at least by offering to sell, selling, importing and/or advertising power tool products through retail stores, catalogs and the Internet in such a way as to reach customers in Delaware.

9.    The Court has personal jurisdiction over One World and OWT because, among other things, they are Delaware business entities and because they have committed acts of infringement in this District. The Court has personal jurisdiction over TTi because, among other things, it has committed acts of infringement in this District.

10.    Venue is proper in this District under 28 U.S.C. §§ 1391(b)-(d) and 1400(b).

## Patent Infringement

### Count I

11.    Black & Decker incorporates into this Count I the allegations set forth in paragraphs 1-10 above.

2

12.    Black & Decker Inc. owns United States Patent No. 5,590,988, entitled "Plunge Type Router," issued to Rusconi on January 7, 1997 ("the '988 patent") (Exhibit A).

13.    Black & Decker (U.S.) Inc. is an exclusive licensee under the '988 patent and has been directly injured by Defendants' infringing activities.

14.    Black & Decker Inc. and Black & Decker (U.S.) Inc. have standing to sue for infringement of the '988 patent because they collectively own all right, title and interest in and to the '988 patent and the Black & Decker products covered by that patent, including the right to collect for past damages.  Black & Decker Inc. and Black & Decker (U.S.) Inc. have each suffered injury from the Defendants' acts of patent infringement.

15.    Defendants have infringed, and are now directly infringing the '988 patent through, among other activities, the manufacture, use, sale, importation and/or offer for sale of infringing router products and motors, including but not limited to RIDGID brand products bearing Model Nos. R2930 and R2900 (the "RIDGID Router Products").  Defendants have also infringed the '988 patent by knowingly and actively inducing others to infringe, and by contributing to the infringement of others by the manufacture, use, sale, importation and/or offer for sale of the infringing RIDGID Router Products.

16.    Defendants' infringement, contributory infringement and/or inducement to infringe has injured Black & Decker, and Black & Decker is entitled to recover damages adequate to compensate it for such infringement, but in no event not less than a reasonable royalty.

17.    Defendants have each been given actual notice of their infringement of the '988 patent.

18.    Defendants' infringement, contributory infringement and/or inducement to infringe has been willful and deliberate and has injured and will continue to injure Black & Decker, unless and until this Court enters an injunction prohibiting further infringement and, specifically, enjoining further manufacture, use, sale, importation and/or offer for sale of products that come within the scope of the claims of the '988 patent.

## Count II

19.    Black & Decker incorporates into this Count II the allegations set forth in paragraphs 1-10 above.

20.    Black & Decker Inc. owns United States Patent No. 5,998,897, entitled "Router Chuck Mounting System," issued to Bosten et al. on December 7, 1999 ("the '897 patent") (Exhibit B), which was assigned to Black & Decker Inc. by Porter-Cable Corporation.

21.    Black & Decker (U.S.) Inc. is an exclusive licensee under the '897 patent and has been directly injured by Defendants' infringing activities.

22.    Black & Decker Inc. and Black & Decker (U.S.) Inc. have standing to sue for infringement of the '897 patent because they collectively own all right, title and interest in and to the '897 patent and the Black & Decker products covered by that patents, including the right to collect for past damages.  Black & Decker Inc. and Black & Decker (U.S.) Inc. have each suffered injury from the Defendants' acts of patent infringement.

23.    Defendants have infringed, and are now directly infringing the '897 patent through, among other activities, the manufacture, use, sale, importation and/or offer for sale of infringing router products and motors, including but not limited to RIDGID brand products bearing Model Nos. R2930 and R2900 (the "RIDGID Router Products").  Defendants have also infringed the '897 patent by knowingly and actively inducing others to infringe, and by

4

contributing to the infringement of others by the manufacture, use, sale, importation and/or offer for sale of the infringing RIDGID Router Products.

24.     Defendants' infringement, contributory infringement and/or inducement to infringe has injured Black & Decker, and Black & Decker is entitled to recover damages adequate to compensate it for such infringement, but in no event not less than a reasonable royalty.

25.     Defendants have each been given actual notice of their infringement of the '897 patent.

26.     Defendants' infringement, contributory infringement and/or inducement to infringe has been willful and deliberate and has injured and will continue to injure Black & Decker, unless and until this Court enters an injunction prohibiting further infringement and, specifically, enjoining further manufacture, use, sale, importation and/or offer for sale of products that come within the scope of the claims of the '897 patent.

## Prayer for Relief

WHEREFORE, Black & Decker respectfully asks this Court to enter judgment against Defendants, individually and jointly, and against their subsidiaries, successors, parents, affiliates, officers, directors, agents, servants, employees, and all persons in active concert or participation with them, granting the following relief:

A.     The entry of judgment in favor of Black & Decker and against TTi, One World and OWT;

B.     An award of damages adequate to compensate Black & Decker for the infringement that has occurred, together with prejudgment interest from the date the infringement began, but in no event less than a reasonable royalty as permitted by 35 U.S.C. § 284;

C.    Increased damages as permitted under 35 U.S.C. § 284;

D.    A finding that this case is exceptional and an award to Black & Decker of its attorneys' fees and costs as provided by 35 U.S.C. § 285;

E.    A permanent injunction prohibiting further infringement, inducement and/or contributory infringement of the '988 and/or '897 patents; and,

F.    Such other relief to which Black & Decker is entitled under law, and any other and further relief that this Court or a jury may deem just and proper.

## Jury Demand

Black & Decker demands a trial by jury on all issues presented in this Complaint.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Thomas C. Grimm (#1098)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
tgrimm@mnat.com
(302) 658-9200
*Attorneys for Plaintiffs*

OF COUNSEL:

Raymond P. Niro, Jr.
Dina M. Hayes
Christopher F. Laney
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Il  60602 4515
(312) 236 0733

June 14, 2006
524755

EXHIBIT A



US005590988A

# United States Patent [19]

## Rusconi

| | |
|---|---|
| [11] | **Patent Number:** |
| [45] | **Date of Patent:** |

**5,590,988**

**Jan. 7, 1997**

[54] **PLUNGE TYPE ROUTER**

[75] Inventor: **Maurizio Rusconi**, Lecco, Italy

[73] Assignee: **Black & Decker Inc.**, Newark, Del.

[21] Appl. No.: **397,462**

[22] Filed: **Mar. 2, 1995**

[30]     **Foreign Application Priority Data**

Mar. 2, 1994  [GB]   United Kingdom ............... 9404003

[51] **Int. Cl.⁶** ...................................... **B23C 1/20**
[52] **U.S. Cl.** ................. **409/182**; 144/136.95; 144/154.5
[58] **Field of Search** .................................. 409/175, 178,
409/179, 180, 181, 182, 134, 231; 144/134 D,
136 C

[56]              **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,827,996 | 5/1989 | Cotton et al. ........................ | 409/182 |
| 5,191,968 | 3/1993 | McCurry ............................... | 409/182 |
| 5,207,253 | 5/1993 | Hoshino et al. . | |
| 5,273,089 | 12/1993 | Fuchs et al. . | |
| 5,346,342 | 9/1994 | Winchester ........................ | 144/136 C |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 828012 | 8/1975 | Belgium . |

| | | |
|---|---|---|
| 1652698 | 4/1971 | Germany . |
| 1048938 | 11/1966 | United Kingdom . |
| 1162796 | 8/1969 | United Kingdom . |
| 2070513 | 9/1981 | United Kingdom . |

*Primary Examiner*—Daniel W. Howell
*Attorney, Agent, or Firm*—Dennis A. Dearing; John D. Del
Ponti; Charles E. Yocum

[57]              **ABSTRACT**

A plunge-type router comprising a motor housing having a
driving motor provided therein, a base having a workpiece-
engaging flange member and a support plate axially movable
with respect to the flange member along substantially per-
pendicular guide means, the support plate being biassed
away from the flange member and provided with a bore to
receive the motor housing and clamping means to secure the
housing in the bore, and locking means effective to prevent
undesired separation of the motor housing from the support
plate.

The potential hazard presented to the operator by accidental
separation of the motor housing from the base is thereby
avoided.

**9 Claims, 3 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3A

FIG. 3B





FIG. 4

5,590,988

1

## PLUNGE TYPE ROUTER

The present invention relates in general to hand-operated routers and in particular to plunge-type routers wherein the driving motor and cutting tool are movable reciprocally with respect to a workpiece-engaging base.

Plunge type routers are similar to conventional routers in that they include a driving motor having a bit or cutting tool holding chuck secured to one end of the motor drive shaft, which motor is axially movably supported with a base housing. However, while in conventional non-plunge type routers the motor is locked in position relative to the base housing such that the cutting tool or bit projects axially outwardly from the workpiece engaging surface of the base housing to the desired depth of cut at all times, the plunger type routers provide biasing means which operate to retract the cutting tool or bit into the base housing during periods of non-use. In order to enable the router to be "plunged" to the desired cutting depth, such plunge type routers are also commonly provided with adjustable depth stop systems and may also include means for locking the motor housing at preselected positions such as the cutting depth.

In one common construction for plunge type routers, the motor housing is movably positioned and supported on a pair of guide bars extending generally perpendicularly upwardly from a workpiece-engaging flange member.

The motor housing, which is generally of cylindrical construction, is received within a central bore of a support plate which is slidably mounted on the guide bars and biased away from the workpiece-engaging flange member.

Generally, clamping means are provided in order to secure the motor housing in the bore of the support plate. For example, the clamping means may comprise means to alter the diameter of the bore, operable so as to exert a clamping force on the motor housing extending therethrough.

The motor housing contains the motor, typically an electric motor, with its associated controls. A drive shaft operably connected to the motor extends through one end of the motor housing in the direction of the workpiece-engaging flange member and terminates in a chuck which is adapted to receive and hold the cutting tool or bit. When the router is plunged, the bit is moved against the biasing action and through a central bore in the workpiece-engaging flange member, to engage the workpiece itself.

In order to facilitate the securing and replacement of bits in the chuck, it is known to provide means for impeding the rotation of the motor drive shaft, such that force may be exerted on the chuck in order to tighten or loosen its hold on the bit. For example, the drive shaft may be provided with a flat which may be engaged by locking means to prevent the shaft rotating. Typically, such locking means comprise a flat-engaging member operable from a position in which it does not come into contact with the drive shaft to a position in which it intersects the drive shaft tangentially co-operating with the flat, thereby impeding rotation of the shaft. The flat-engaging member is biased away from the intersecting position and is typically pushed into engagement with the shaft by the application of pressure against the biasing means, for example by depressing a button on the exterior of the motor housing.

A disadvantage of plunge-type routers as described above is that, during the routing operating, vibration of the unit may lead to loosening of the clamp means which retain the motor housing in the support plate. This can lead to undesired movement of the bit with respect to the workpiece and possibly also the release of the motor housing from the base, which presents a hazard to the operator. The present

2

invention reduces the extent to which the bit will move with respect to the workpiece in the event that the clamping means should loosen, and eliminates the hazard to the operator caused by undesired separation of the motor housing from the base.

According to a first aspect of the invention, there is provided a plunge-type router comprising a motor housing having a driving motor provided therein, a base having a workpiece engaging flange member and a support plate axially movable with respect to the flange member along substantially perpendicular guide means, the support plate being biassed away from the flange member and provided with a bore to receive the motor housing and clamping means to secure the housing in the bore, and locking means effective to prevent undesired separation of the motor housing from the support plate.

Preferably, the locking means comprises a tab extending radially from the motor housing so as to prevent movement of the housing through the bore in the support plate when the clamping means are disengaged. Optionally, a plurality of tabs may be provided.

Preferably, when the router is assembled, the tab is located between the support plate and the workpiece-engaging flange member, and is movable from an extended position into a retracted position in which the housing may be withdrawn from the support plate.

Advantageously, the tab is biassed into the extended position and may be moved into the retracted position by depressing it radially inwardly with respect to the motor housing.

Preferably, the tab is biassed into the extended position by a helical spring located within the motor housing.

In a preferred embodiment, the tab is tapered in order to allow the motor housing to be pushed into the bore of the support plate. When the housing is first offered up to the bore, the tapered surface of the tab engages with the inner surface of the bore. The act of inserting the motor housing in the bore displaces the tab radially towards its retracted position, allowing the housing to slide freely through the bore. When the tab has passed through the bore, the biassing means return it to the extended position, such that the housing cannot be removed from the bore.

In a particularly preferred embodiment of the invention, the tab is formed as an extension of a motor drive shaft locking means control.

Preferably, the drive shaft locking means comprise a flat-engaging member which is movable from a free position into a locking position in which it engages a flat on the motor drive shaft and prevents its rotation. Advantageously, the flat-engaging member may engage two radially opposed flats on the drive shaft.

The flat-engaging member is biassed into the free position and operable into the locking position by radially depressing a button on the exterior of the motor housing. In a preferred embodiment of the invention, this button is extended to form the locking tab of the invention.

It will be appreciated that if the button is fully depressed into the motor housing, the drive-shaft locking facility will be engaged at the same time as the motor housing locking means is released. It is possible, by suitable configuration of the button, to predetermine whether it is essential to lock the drive shaft before the motor housing is released. The optional selection of such a feature provides a further security measure in that it becomes impossible to remove an operating motor housing from the base.

The invention further provides a locking tab as described above which may be fitted to a plunge router motor housing in place of the drive-shaft lock button. The locking tab may be so designed as to be fittable to existing routers.

5,590,988

**3**

The invention will be described further, by way of example only, with reference to the accompanying drawings, in which:

FIG. 1 is a front, partly cut-away view of a plunge-type router;

FIG. 2 is a partly cut-away side view of the plunge-type router of FIG. 1 showing locking means according to the invention;

FIG. 3A is a plan view of a support plate used in the invention;

FIG. 3B is a plan view of a lock plate according to the invention; and

FIG. 4 is a sectional view of a button according to the invention.

Referring first to FIG. 1, a plunge-type router is shown having a base 1 from which extend vertical pillars 2. An annular support plate 3 locates a motor pack 4 on the support pillars and is biassed away from the base 1 by springs 5.

The motor pack comprises an electric motor 6 receiving AC power through cables 7. An on-off switch 8 provides means to control power supply to the motor and switch the device on or off.

The motor 6 drives a drive shaft 9 which extends through the support plate 3 and terminates in a chuck 10 which receives the cutting tool (not shown). In use, the router is plunged by manually depressing handles 11 against the biassing force of springs 5, thereby lowering the cutting tool through base 1 and into contact with the work surface. When pressure on the handles 11 is released, the springs return the cutting tool to its original position.

The extent of the movement of the cutting tool through the base 1 is preset by the user by means of depth stop 12 and sliding scale 13 which are fitted between the base and the support plate 3. The depth stop 12 comprises a turret 14 which is fitted with a plurality of rods 15 which extend vertically upwards from the base towards the support plate 3. The sliding scale 13 depends from the plate 3 and abuts with one of the rods 15 when handles 11 are depressed, in order to arrest the movement of the cutting tool through the base 1 at a particular pre-set position. This position may be adjusted either by rotating turret 14 so as to bring a different rod 15, having a greater or lesser length, into abutment with scale 13, or by sliding the scale 13 with respect to the support plate. The scale is clamped in position by means of screw clamping means 16, shown in FIG. 2.

Support plate 3 is shown in plan view in FIG. 3A. The plate comprises twin bores 17 which receive support pillars 2. Bore 18 receives the motor housing and is so dimensioned that the diameter measured within the perimeter 19 of the bore when the clamp bolt 20 is loosened slightly exceeds the diameter of the motor housing, thereby allowing insertion and removal of the motor housing. Tightening of the clamp bolt 20 reduces the diameter of bore 18, thus clamping the motor housing to the support plate.

Located below the support plate 3 is drive shaft lock 21, a plan view of which is shown in FIG. 3B. The drive shaft lock 21 comprises a lock plate 22 which has cut-away sections 23 and 24. Section 23 is of sufficient dimensions to allow drive shaft 9 to rotate freely. Section 24, however, is of restricted dimensions and is so formed as to engage the flats 25 provided on drive shaft 9 when brought into engagement therewith.

A spring 26 biasses the lock plate 22 into a free position such that the drive shaft 9 is able to rotate freely within section 23. In order to lock the drive shaft, the operator depresses button 27, thereby moving the lock plate 22 against the biassing force of the spring 26. The flats 25 will be engaged by section 24. If necessary, the flats may be aligned with the section by rotating the drive shaft, for example by manually turning the chuck 10.

**4**

Button 27 is so configured as to extend beyond the perimeter of the annular bore in the support plate 3. The tolerance between the support plate bore 18 and the motor housing is so defined that, even when support plate clamping bolt 20 is loose, button 27 prevents the motor housing from being removed from the support plate bore. In order to remove the motor housing intentionally, the operator must depress button 27, simultaneously sliding the motor housing upwardly free of the support plate.

Button 27 itself is configured so as to present an arcuate angled surface 28 to the support plate for re-insertion into the support plate bore 18. This is shown in detail in FIG. 4. In order to insert the motor housing into the support plate, therefore, the operator simply presses the housing home into the support plate bore 18. The button 27 is automatically depressed through the co-operation of the arcuate surface 28 with the perimeter 19 of the bore 18. When button 27 has passed through the bore, spring 26 returns the button to its extended position, thereby locking the motor housing into the support plate bore.

It will of course be understood that the present invention has been described above purely by way of example, and that modifications of detail can be made within the scope of the invention.

I claim:

1. A plunge-type router comprising a motor housing having a driving motor provided therein, a motor drive shaft coupled for rotation by the driving motor, a base having a workpiece-engaging flange member and a support plate axially movable with respect to the flange member along substantially perpendicular guide means, the support plate being biased away from the flange member and provided with a bore to receive the motor housing and clamping means to secure the housing in the bore, and locking means effective to prevent undesired separation of the motor housing from the support plate.

2. A plunge-type router according to claim 1, wherein the locking means comprise a tab extending radially from the motor housing so as to prevent movement of the housing through the bore in the support plate when the clamping means are disengaged.

3. A plunge-type router according to claim 2, wherein the tab is located between the support plate and the workpiece-engaging flange member, and is movable from an extended position into a retracted position in which the motor housing may be withdrawn from the support plate.

4. A plunge-type router according to claim 3, further including biasing means for urging the tab into the extended position.

5. A plunge-type router according to claim 2, wherein the tab has a tapered profile.

6. A plunge-type router according to claim 2, wherein the tab forms an extension of a motor drive-shaft locking means.

7. A plunge-type router according to claim 6, wherein the drive shaft locking means comprise a flat-engaging member which is movable from a free position into a locking position in which it engages a flat on the motor drive shaft and prevents its rotation by depressing a button on the extension of the motor drive-shaft locking means radially inwards, and wherein the tab is formed as an extension of said button.

8. A plunge-type router according to claim 7, wherein the motor drive-shaft locking means and the tab are so configured that the motor drive-shaft lock is engaged as the tab is moved, to release the motor housing.

9. A plunge-type router according to claim 2, wherein the tab forms a drive-shaft lock button of a motor drive-shaft locking means.

* * * * *

# EXHIBIT B



US005998897A

# United States Patent [19]

## Bosten et al.

[11] **Patent Number:** 5,998,897

[45] **Date of Patent:** Dec. 7, 1999

[54] **ROUTER CHUCK MOUNTING SYSTEM**

[75] Inventors: **Donald R. Bosten**, Jackson; **James T. Stolzer**; **Randy G. Cooper**, both of Milan; **Waymon L. McNeal, Jr.**, Jackson, all of Tenn.

[73] Assignee: **Porter-Cable Corporation**, Jackson, Tenn.

[21] Appl. No.: **09/193,011**

[22] Filed: **Nov. 16, 1998**

[51] Int. Cl.⁶ ........................................ H02K 5/00

[52] U.S. Cl. ........................... 310/89; 409/181; 409/182; 144/134.1; 144/154; 144/154.5

[58] Field of Search ........................ 310/89; 144/134.1, 144/135.1, 136.1, 136.95, 154.5, 154; 409/181, 182

[56]    **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| Re. 33,045 | 9/1989 | Gronholz et al. | 144/134 D |
| 1,581,720 | 1/1926 | Carter | 409/181 |
| 1,904,109 | 4/1933 | Wendorf | 409/181 |
| 3,767,876 | 10/1973 | Batson | 200/157 |
| 3,810,641 | 5/1974 | Benjamin | 279/51 |
| 3,881,081 | 4/1975 | Schilling et al. | 200/157 |
| 4,051,880 | 10/1977 | Hestily | 144/252 R |
| 4,284,917 | 8/1981 | Yassemi | 310/89 |
| 4,316,685 | 2/1982 | George | 409/182 |
| 4,319,860 | 3/1982 | Beares | 409/182 |
| 4,323,100 | 4/1982 | Silken | 144/139 D |
| 4,445,811 | 5/1984 | Sanders | 409/182 |
| 4,562,872 | 1/1986 | Fushiya et al. | 144/134 D |
| 4,566,830 | 1/1986 | Maier et al. | 409/182 |
| 4,606,685 | 8/1986 | Maier et al. | 409/137 |
| 4,762,447 | 8/1988 | Marantette | 409/131 |
| 4,770,573 | 9/1988 | Monobe | 409/182 |
| 4,938,264 | 7/1990 | Ferenczffy | 144/134 D |
| 4,938,642 | 7/1990 | Imahashi et al. | 409/182 |
| 5,078,557 | 1/1992 | McCracken | 409/182 |
| 5,088,865 | 2/1992 | Beth et al. | 409/182 |
| 5,094,575 | 3/1992 | Kieser et al. | 409/182 |
| 5,143,494 | 9/1992 | McCurry | 409/182 |
| 5,181,813 | 1/1993 | McCracken | 409/182 |
| 5,188,492 | 2/1993 | McCracken | 409/182 |

(List continued on next page.)

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 1015225 | 12/1965 | United Kingdom . |
| 1 590 290 | 5/1981 | United Kingdom . |
| 2 078 028 | 12/1981 | United Kingdom . |
| 2 145 678 | 4/1985 | United Kingdom . |
| 2 248 987 | 4/1992 | United Kingdom . |
| WO 87/04276 | 7/1987 | WIPO . |

### OTHER PUBLICATIONS

"The Art of Woodworking Routing and Shaping," Time–Life Books, Alexandria, Virginia/St. Remy Press, Montreal and New York; pp. cover pgs. and 9–35 and 117–139, © 1993 Time–Life Books Inc.

Bosch Product Brochure, Operating/Safety Instructions, cover pg. and pp. 2–10, undated.

Bosch Plunge Router Operating Instructions, cover pg. and pp. 2–19 (Apr. 1992).

DeWalt® Instruction Manual, DW624 Plunge Cut Router, DW625 Electronic Plunge Cut Router, 15 pgs., undated.

Porter–Cable Instruction Manual, Routers, cover pg. and pp. 2–28, Copyright © 1994, Porter–Cable Corporation.

*Primary Examiner*—Nestor Ramirez
*Assistant Examiner*—Burton Mullins
*Attorney, Agent, or Firm*—Merchant & Gould P.C.

[57]    **ABSTRACT**

Improvements made to a router relate to a router chuck and collet mounting system. In a preferred embodiment, the present mounting system comprises mating a top face of a router chuck with the lower surface of an inner race of an armature shaft bearing and mating an inner diameter of the chuck with an outer diameter of the armature shaft to align the chuck with the shaft. Additionally, a cavity through the chuck may be used to accept a router bit shank so that it extends up into a lower end of the shaft in order to permit the shank to extend upward, closer to the armature shaft bearing. This arrangement reduces router bit run-out.

**12 Claims, 31 Drawing Sheets**



**5,998,897**

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,191,921 | 3/1993 | McCurry | 144/134 D |
| 5,207,253 | 5/1993 | Hoshino et al. | 144/136 C |
| 5,273,089 | 12/1993 | Fuchs et al. | 144/134 D |
| 5,308,201 | 5/1994 | Wilson et al. | 409/134 |
| 5,310,296 | 5/1994 | McCurry | 409/182 |
| 5,320,463 | 6/1994 | McCurry et al. | 409/182 |
| 5,353,852 | 10/1994 | Stolzer et al. | 144/134 D |
| 5,428,197 | 6/1995 | McCurry et al. | 200/332.2 |
| 5,496,139 | 3/1996 | Ghode et al. | 409/182 |
| 5,570,776 | 11/1996 | Buchholz et al. | 200/43.17 |
| 5,584,620 | 12/1996 | Blickhan et al. | 409/137 |
| 5,590,988 | 1/1997 | Rusconi | 409/182 |
| 5,613,813 | 3/1997 | Winchester et al. | 409/182 |
| 5,632,578 | 5/1997 | McCurry et al. | 409/136 |
| 5,671,789 | 9/1997 | Stolzer et al. | 144/154.5 |
| 5,678,965 | 10/1997 | Strick | 409/132 |
| 5,725,036 | 3/1998 | Walter | 144/135.2 |
| 5,788,248 | 8/1998 | Gibson | 279/51 |

FIG. 1





FIG. 2



FIG. 3

FIG. 4





FIG. 5



FIG. 6A

FIG. 6B





FIG. 6C

FIG. 6D





FIG. 7

FIG. 8A





FIG. 8B

FIG. 8C



FIG. 8D

FIG. 8I



FIG. 8E





FIG. 8F

FIG.  8G

FIG.  8H



FIG. 8J





FIG. 8K

## FIG. 8L



FIG.  8M



182      1821      251



FIG. 9



FIG. 10A

FIG. 10B





FIG. 10C

FIG. 10D





FIG. 11A



FIG. 11B



FIG. 12



FIG. 13A



FIG. 13B

FIG. 14



5,998,897

1

# ROUTER CHUCK MOUNTING SYSTEM

## BACKGROUND AND SUMMARY OF THE INVENTION

The present invention is directed to router improvements. These improvements include a switching system which is part of a router handle and which operates the router motor by connecting it to an external electrical power source. In a preferred embodiment, the present switching system comprises the use of a locking lever and trigger in combination to activate the motor, to hold the trigger in a locked-on position to maintain the connection of electrical power to the motor, and to lock the movement of the trigger from occurring before an operator attempts to engage the motor. The switching system may also be combined with a preferred router handle shape in order to make the long term operation of the router and its switching comfortable with extended use.

A further improvement relates to a router chuck and collet mounting system. In a preferred embodiment, the present mounting system comprises mating a top face of a router chuck with the lower surface of an inner race of an armature shaft bearing and mating an inner diameter of the chuck with an outer diameter of the armature shaft to align the chuck with the shaft. Additionally, a cavity through the chuck may be used to accept a router bit shank so that it extends up into a lower end of the shaft in order to permit the shank to extend upward, closer to the armature shaft bearing. This arrangement reduces router bit run-out.

A further improvement relates to a plunge router locking system. The locking system comprises a locking arm lever coupled to a threaded member arm which engages a plunge guide post to hold the router motor housing at a desired height above the router base when the locking arm member is in the locked position. When the locking arm member is moved into an unlocked position, the motor housing can move up and down the plunge guide post, where the motor housing is opposed by a bias system comprising a compression spring to prevent the motor housing from free-falling into the router base. Additionally, the locking arm lever can be held in the unlocked position with the use of a mating coupling member attached to the motor housing in order to keep the plunge locking system in an unlocked position.

A further improvement relates to a switchable router brake system. The switchable brake system permits a motor brake to be selectably engaged to operate when the router motor is turned off. When engaged, the motor brake, which comprises a brake resistor being placed electrically across the motor windings, causes the router motor to stop rotating almost immediately. This feature, however, is not always desired; the switchable brake system permits the operator to engage the use of the brake only when desired, thus providing the option to selectively eliminate jerking caused electric brake torque induced in the router when the brake engages.

A further improvement relates to a plunge router depth stop system. The depth stop system comprises a depth stop rod contained within a restraining collar coupled to the router housing. The depth stop rod is configured both to rotate at a fixed height above the router base and to slide up and down within the collar in order to adjust its height above the base. At an upper end of the depth stop rod, a turret knob permits an operator to rotate the rod within the collar. At the other end of the rod, a protrusion portion selection member is located to engage selectively one of a plurality of step-wise rising depth stop position surfaces located on the router

2

base. When the protrusion portion selection member is aligned vertically above one of the depth stop position surfaces, the motor housing will plunge until the protrusion portion selection member engages the depth stop position. The operator sets the depth stop height by placing the depth stop rod at the desired height and tightening a restraining collar. Once configured in this position, the motor housing can be repeatably plunged to a desired position. The operator can selectively step the depth downward by keeping the depth stop rod at the desired position while rotating the rod to align the protrusion portion selection member to another depth stop position having a different depth stop height.

A further improvement relates to ergonomic router handles. The preferred router handles are generally elliptical in shape and have one end narrower than the other end. The handles are shaped to provide an operator an infinite number of angles to which the operator's hand may effectively grip the handles. Additionally the handles provide an outer surface which provides a flat tactile grip area. The combination of these elements, along with the shape and location of the preferred trigger and locking arm switch used to activate the preferred router, provides an operator, while operating the router, with the ability to find and use a handle-holding position which is comfortable for the individual user for holding the handles.

A further improvement relates to a sub-base alignment system. In a preferred embodiment, the alignment system comprises a plurality of raised bosses which are located on the sub-base at known locations and which engage a plurality of recessed cavities in the router base. Alternatively, the raised bosses may be placed on the router base and the cavities may be located in the sub-base, or a combination of boss and cavity locations may be used. The router base is positioned at a known locations relative to the center of rotation of the router bit For example, in the plunge router shown, the base is coupled to plunge guide posts, which themselves are coupled to the motor housing at known locations. The coupling of the raised bosses with the recessed cavities places the sub-base at a known position relative to the router base. In such a configuration, the outer edge of the sub-base, which may be used to guide the router when making a cut, is held at a known position relative to the center of rotation of the router chuck, thus enabling the precise guidance of the router relative to a guide member.

These and various other advantages and features of novelty which characterize router improvements are pointed out with particularity in the claims which are annexed hereto and which form a part hereof. However, for a better understanding of the improvements, their advantages, and the objects obtained by use of these improvements, reference should be made to the drawings which form a further part hereof, and to accompanying descriptions, in which there are illustrated and described specific examples of the improvements.

## BRIEF DESCRIPTION OF THE DRAWINGS

Referring now to the drawings in which like reference numbers represent corresponding parts throughout:

FIG. 1 illustrates a perspective view of a plunge router which incorporates the present invention.

FIG. 2 illustrates a front view of a plunge router which incorporates the present invention.

FIG. 3 illustrates a back view of a plunge router which incorporates the present invention.

FIG. 4 illustrates a side view of a plunge router which incorporates the present invention.

5,998,897

3

FIG. **5** illustrates a top view of a plunge router which incorporates the present invention.

FIG. **6A** illustrates an exploded view of the components of a router according to an example embodiment of the present invention.

FIG. **6B–D** illustrate additional views of the components of a router according to an example embodiment of the present invention.

FIG. **7** illustrates an exploded view of a router handle comprising a switching system according to another example embodiment of the present invention.

FIG. **8A–D** illustrates the arrangement of components of a switching system within a router handle in a locked position according to one embodiment of the present invention.

FIG. **8E–H** illustrates the arrangement of components of a switching system within a router handle in an unlocked position according to one embodiment of the present invention.

FIG. **8I–K** illustrates the arrangement of components of a switching system within a router handle in a locked-on position according to one embodiment of the present invention.

FIG. **8L** illustrates an arrangement of the components of a switching system within a router handle when the locked-on position has been disabled according to one embodiment of the present invention.

FIG. **8M** illustrates a placement of a contact switch coupled to a trigger according to an example embodiment of the present invention.

FIG. **9** illustrates a chuck and collet alignment system coupled to an armature shaft of a router motor according to another embodiment of the present invention.

FIG. **10A** and B illustrate a plunge locking system in a unlocked position according to an example embodiment of the present invention.

FIG. **10C** and D illustrate a plunge locking system in a locked position according to an example embodiment of the present invention.

FIG. **11A** illustrates a circuit diagram for a parallelon-off switching system according to another example embodiment of the present invention.

FIG. **11B** illustrates a circuit diagram for a switchable motor brake system according to another example embodiment of the present invention.

FIG. **12** illustrates a depth stop rod which is part of a plunge depth stop system according to another embodiment of the present invention.

FIG. **13A** illustrates a portion of a micro-adjust system according to an example embodiment of the present invention.

FIG. **13B** illustrates a plunge guide rod used in combination with a portion of a micro-adjust system according to an example embodiment of the present invention.

FIG. **14** illustrates a coupling of a router sub-base, router base, and a router plunge guide post as part of an example embodiment of a sub-base alignment system according to another example embodiment of the present invention.

DETAILED DESCRIPTION OF THE INVENTION

In the following description of an exemplary embodiment, reference is made to the accompanying drawings which form a part hereof, and in which is shown by way

4

of illustration a specific embodiment in which the present invention may be practiced. It is to be understood that other embodiments may be utilized, as structural changes may be made without departing from the scope of the present invention.

Router Trigger Switching System

The present router may be configured at the time of router manufacture with both first and second switches, each in parallel either being usable to engage or disengage the router operation. In a two switch embodiment, a first switch is preferably a contact-type switch **182** coupled to a trigger **25** discussed in more detail below, and a second switch **226** may be configured as a toggle switch **226** located on top of the router. Second toggle switch **226** can be of particulary advantage when mounting the present router upside down in a router table. In such an embodiment, the first and second switches are wired in parallel, as shown in FIG. **11A**, where either switch may be used to engage and disengage the router motor. First lockable switch **182** and trigger **25** combination is typically used when the router is handheld. Second lockable switch **226** is particularly useful, for example, when the router is mounted upside down in a router table since toggle switch **226** typically is easily reached and operated when the router is in such a position.

Alternatively, the toggle switch **226** may be confugured at the time of manufacture to operate as an engageable and disengageable router brake as discussed further below. In such an embodiment, the internal wiring of the router is shown in FIG. **11B**. While the same components are used compare FIG. **11A** and **11B**, the circuits shown provide the functionality described further below.

As previously indicated, the first router switch **182** and trigger **25** combination is used both to engage and to lock out the operation of the router motor. FIG. **7** illustrates an exploded view of components of the switching system contained within a router handle according to one embodiment of the present invention, including a first router handle **11**, a trigger **25** located on first handle **11**, and a locking lever **41** located within the first handle.

Router handle **11** comprises an outer handle periphery **652** which itself has an outer circumference, **650**. Trigger **25** is located on the first handle **11** and is configured to activate the router motor when depressed from an off position to an on position. As trigger **25** is moved to the on position, the trigger **25** moves into the first handle with the shape of the trigger conforming to the shape of a corresponding portion of the outer periphery **652** of the first handle **8**.

Arm member **41** is located along a portion of the outer periphery of the first handle to permit locking lever **41** to be operated by the index finger of an operator. Arm member **41** moves about the outer periphery of the first handle from a locked to an unlocked position. Arm member **41** is shown in three different positions in FIGS. **8A**, **8E**, and **8I**. Trigger **25** and locking lever **41** preferably are configured to operate together such that the trigger will not operate and move into first router handle **11** until locking lever **41** has been moved from the locked position (see FIG. **8A**) to the unlocked position (see FIG. **8E**). Trigger **25** preferably is located between the motor housing and the outer handle periphery **652** of the first handle **8** such that the trigger **25** can be operated by the thumb of an operator as the thumb squeezes the trigger **25** while gripping the first router handle **11**. The operator can also move the locking lever **41** from the locked position (see FIG. **8A**) to the unlocked position (see FIG. **8E**) using the index finger of the same hand.

Trigger **25** may be coupled to a pair of electrical switches **182** within first router handle **11** such that the switch **1821**

5,998,897

5

6

is depressed when the trigger **25** has moved from the off position (see FIG. 8B) to the on position (see FIG. 8F). During the operation of the router, electrical switch **182** is connected in a circuit with the router motor and an external electrical power source (such as from a wall outlet through a power cord) to operate the router motor. When electrical switch **1821** is depressed, contacts within the switch are closed to complete the electrical circuit between the motor and the power source see FIGS. 11A and 11B.

Locking lever **41** preferably is further configured to hold trigger **25** in the on position when the locking lever **41** is in a locked on position (see FIG. 8I). This locked on position is reached once the operator moves the trigger to the on position (see FIG. 8F) after moving the locking lever to the unlocked position (see FIG. 8E). The locked on configuration is shown in FIG. 8I. Locking lever **41** preferably is configured to hold the trigger in place until such time as the trigger is depressed again once the locking lever **41** has entered the locked on position.

To accomplish locked on operation, the locking system within the first router handle comprises a spring extension **58**, a locking lug **44**, and a lug axial member **42**. The spring extension **58** is connected between a catch located on the locking lever and a post within the first router handle. Spring extension **58** provides a bias force to the locking lever **41**, causing it to rotate from the locked to the unlocked position when not held by an operator. As shown in the Figures, locking lug **44** is located between the lug axle member **42** and locking lever **41** and is used to perform the lock on and lock off operations. Locking lever **41** defines a slot **820** about its center through which the locking lug **44** can slide. Locking lug **44** is shaped to mate with slot such that, when the slot of the locking lever aligns with the locking lug, the locking lug can travel through the slot. When the locking lever is in the locked position (see FIG. 8A) slot **820** is not aligned with the locking lug **44**, and thus the locking lug **44** cannot slide through the slot. When the locking lever **41** has been moved by an operator to the unlocked position (see FIG. 8E) the slot **820** and locking lug **44** are aligned. The locking lug **44** is coupled to one end **251** of the trigger **25** such that the locking lug **44** will slide through the slot in the locking lever **41** once the trigger is depressed.

The trigger **25** is locked out and cannot operate when the locking lever **41** is in the locked position because the locking lever **41** is in the path of motion for the locking lug **44** which needs to move if the trigger is to be depressed. Once the locking lever **41** is moved to the unlocked position, and thus the locking lug **44** aligns with the slot in the locking lever **44**, the trigger can be depressed because the locking lug will now slide through slot in the locking lever **41**. This combination of functions provides the locking out mechanism for the trigger because the trigger **25** only makes connections with the electrical switch **182** when fully depressed. As shown in FIG. 8M, switch **182** is located within the motor housing **61**. Trigger **25** is coupled to contact **1821** on one side of switch **182** such that contact **1821** is depressed when trigger **25** is depressed. Contact **1821** causes the electrical switch **182** to close and complete the electrical circuit between the router motor and an external power source. With respect to trigger **25**, this combination of components controls the electrical operation of the router motor.

The locking lug **44** and locking lever **41** preferably are further configured to have a finger **821** and catch **822** combination so that they can engage each other once the locking lug **44** has moved sufficiently through the slot **820** in the locking lug. When the finger **821** and catch **822** combination engage, as shown in FIG. 8B, the locking lug

is held in place. With the locking lug **44** stationary, part of lug **44** remains in the slot **820** within the locking lever **41**, thus preventing it from rotating against the biased force of the extension spring **58**. Locking lug **44**, also being coupled to the trigger **25**, holds the trigger **25** in place. This combination of components when in a particular position, as shown in FIG. 8E, therefore creates a locked on position as the trigger **25** will remain stationary in its on position. Because the trigger **25** depresses the electrical switch **1102** when the trigger **25** is in the on position, locking the trigger in its on position causes the trigger **25** to continually depress the electrical switch **1102** which energizes the router motor.

When the locking lug **44** and locking lever **41** combination are located in this locked on position and the trigger **25** is depressed, the finger coupling combination of the locking lug **44** and locking lever **41** disengage and thus permit the locking lug **44** and trigger to slide back through the slot **820** within the locking lever **41**. The biased force from the spring extension **58** causes the locking lever **41** to rotate back to the locked position. This combination of components operating in this manner perform the disengagement of the locked on operation. The locking lug **44** is configured such that it can be assembled in a configuration where the lug is rotated 180° about its vertical axis and placed on the lug axle such that the finger element protrudes in the opposite direction when the lug is inserted within the slot **820** of the locking lever **41** (see FIG. 8L). When the components are assembled in this combination, the finger **821** element of the locking lug will not be engaged to catch **822** on the locking lever **41**, thus eliminating the locked on operation of the locking system, should the locked on feature not be desired.

While the preferred embodiment shown in FIGS. 1–8, illustrate a plunge router, the router trigger switching system will operate on any type of router or similar cutting device which posses at least one handle.

Router Chuck Mounting System

In the preferred embodiment, the router comprises a chuck and collet mounting system for mounting the chuck and collet on one end of an armature shaft of the router motor for attaching a cutting tool to the router. A preferred chuck and collet mounting system are shown in FIG. 9. The router shown comprises a motor having an armature shaft **901** which extends through the bottom of a motor housing **61**. The router also comprises a router base **1** coupled to the motor housing **61** to support the motor above the base at various heights.

The preferred chuck mounting system is coupled to the lower end of the armature shaft **901** and comprises a detachable collet **145** and collet nut **148**. Chuck **142** is mechanically coupled to the armature shaft **901** and to a lower router bearing **902**. Bearing **902** has both an inner race **951** and outer race **952**. The lower router bearing is configured to receive the armature shaft **901** within its inner race, and outer race of the lower router bearing is secured by the motor housing to permit the armature shaft and inner race to rotate within the housing. An upper router bearing **28** is located above lower router bearing **902** to accept and support the upper end of the armature shaft. The upper and lower router bearings may be of conventional design and any number of possible upper and lower router bearing designs and location combinations can be used with to the present invention.

Chuck **142** defines a vertical lengthwise hole **920** having a series of varying inner diameters and has a lower end is configured accept the collet and router bit shank for installation within the chuck and thus the router. Chuck **142** also has a top face **955** proximate the upper end of the chuck. The

5,998,897

7 | 8

armature shaft **901** also defines a vertical lengthwise hole **961** in a bottom portion of the armature shaft **901** and is configured to align with a vertical lengthwise hole within the chuck **142** to permit the router bit shank to pass through the hole within the chuck **142** and move upwards into the hole within the armature shaft **901** itself.

According to one particular embodiment of the present invention, the top face of the chuck **142** engages a lower surface **910** of the inner race **951** of lower router bearing **902** in order to square the chuck **142** with the motor housing. The inner diameter of the chuck **142**, along a portion near its top face **955**, engages a portion of an outer diameter **911** of the armature shaft **901**, along a corresponding portion near its lower end, in order to align the chuck with the armature shaft **901** along a portion of the chuck running from the top face and extending along a portion of the vertical lengthwise hole within the chuck. In one particular embodiment of the present invention, the outer diameter surface of the armature shaft is threaded **912** as is the surface of the upper portion of the vertical lengthwise hole within the chuck such that these threads mate to hold the chuck in place on the end of the armature shaft.

The lengthwise hole through the chuck **142** possesses a tapered hole having an initial diameter which widens from its initial value at the mating point between the armature shaft **901** and the chuck **142** to allow the chuck to accept a tapered shaped collet **145**. The tapered hole is located along a lower portion of lengthwise hole through the chuck **142** which begins after a point where the armature shaft and chucks mating surfaces end. The collet will fit within this widening hole **920**.

According to one particular embodiment, the collet defines a lengthwise hole **930** through its center to accept the router bit shank and has an outer surface which is sloped from a minimum diameter at its top toward a maximum diameter near its bottom such that the outer shape of the collet mates with the inner shape of the lower portion of the lengthwise vertical hole within the chuck. The collet also has the plurality of lengthwise slots **925** used to permit the inner diameter of the collet **145** to be narrowed as the collet nut **148** is tightened on the chuck **142**. In the embodiment shown, the router bit shank passes through lengthwise hole **930** within the collet **145** and up into the hole within the armature shaft **901**. A collet nut **148** tightens about the router bit shank to hold it in place.

Collet nut **148** is located about the lower end of the collet **145** and has a threaded inner diameter surface **931**. The treaded inner diameter surface **931** is sized to mate with the outer diameter surface of the chuck **142** about its lower end such that the collet nut **148** can be threaded onto the bottom of the chuck **142**. As the collet nut **148** is threaded up onto the chuck, the nut moves up the outer sides of the chuck compressing inward, causing the collet to move against itself about the plurality of slots thus tightening the collet about the shank of a router bit.

In one embodiment, the chuck and collet combination is a wrench operated collet requiring the use of two wrenches (not shown) to tighten the collet nut. According to another embodiment, the chuck and collet mounting system comprises a cylindrical locking pin **2** located perpendicular to chuck **142** within a support structure to permit the collet nut **148** to be tightened using only a single wrench. Cylindrical locking pin **2** has a lock and unlock position within the support structure. When in the locked position, the pin **2** slides inward toward the outside of chuck **142** which defines a plurality of mating holes **935** sized to accept the cylindrical locking pin. When the locking pin is held in place within one

of the mating holes, the chuck **142** cannot rotate. An operator can hold the pin **2** in its locked position within one of the holes **935** in the chuck **142** while the other hand uses a wrench to move the collet nut **148** and thus tighten or loosen the collet nut. In the preferred embodiment, cylindrical locking pin **2** includes a spring operated bias system **3** within the support structure to pull the cylindrical locking pin **2** away from the chuck **142**. The bias system keeps the cylindrical pin **2** away from the chuck **142** when an operator is not pressing against the outward end of the cylindrical locking pin **2**.

Plunge Router Locking System

In another embodiment of the present invention, a plunge router comprises a plunge locking system used to hold the router motor and its housing above the router base. The present plunge router comprises a router motor located within a motor housing **61** and a router base **1** which is coupled to at least a first plunge guide post **7**. The first guide post is configured to support the motor housing **61** and thus the router motor at a plurality of selectable heights above the router base. The plunge locking system is configured to provide the operator with a locking mechanism to easily adjust the height of the motor housing above the router base.

In the embodiment shown, the plunge locking system comprises a threaded coupler member **91**, a lock and lever arm **103**, a brass plug **97**, a torsion spring **46**, and a mating catch device **1001**. In its basic operation, the lock arm lever **103** is coupled to one end of the threaded coupler member **91**. The lock arm lever **103** is coupled to the motor housing **61** using a pair of threaded mating surfaces on the lock arm lever **103** and a through hole **1004** defined within the motor housing **61**. The threaded mating system is organized such that, as the lock arm lever **103** rotates, the lock arm lever **103** moves inward toward the motor housing **61**. Because the lock arm lever is coupled to the outer end of the threaded coupler member **91**, threaded coupler member **91** moves inward into the motor housing **61**.

The motor housing is configured to surround at least a first guide post **7** so that the motor housing **61** can slide up and down on the guide post **7**. The first guide post **7** is located within the motor housing **61** at a location such that the threaded coupler member **91** engages the guide post when in its inward locked position. The friction between threaded coupler member **91** and the first plunge guide post **7** prevents the threaded member **91** from moving upward or downward. Because the treaded member **91** is coupled to the locking lever **103**, which itself is coupled to the motor housing, the motor housing **61** is held at the height set when the locking lever **103** is moved to cause the treaded member **91** to engage the plunge guide post **7**.

In one particular embodiment of the present invention, a brass plug **97** is located at the inward end of the threaded coupler member **91** such that the brass plug **97**, and not the threaded coupler member **91**, engages the first guide post **7** when the locking system is engaged. The brass plug **97** may be used to provide a softer metal material than the steel typically used for the plunge guide posts **7** so that the engagement of the plug **97** and the guide post **7** does not scar or mar the surfaces of the guide post **7**. As the lock arm lever **103** is being rotated between the locked and unlocked positions, the threaded coupler member **91** is correspondingly moving inward and outward such that it will engage or not engage the plunge rod **7** to hold the motor housing **61** at a fixed point above the router base **1**.

In its operation, the lock arm lever **103** has two positions, a locked and an unlocked position. At the unlocked position, the lock arm lever may be held in place either by an operator

5,998,897

9

holding the lever or by coupling the lock arm lever to a mating catch device **1001** located on the motor housing **61**. The use of the mating catch device **1001** to hold the lock arm lever in the unlocked position effectively disables the plunge lock.

In its unlocked position (see FIGS. **10**C and **10**D) the lock arm lever **103** has rotated such that the threaded coupler member has pulled away from the plunge guide post, and the motor housing is free to slide up and down on the plunge guide post. When the lock arm lever is in the locked position (see FIGS. **10**A and **10**B) the lock arm lever **103** has rotated such that the threaded coupler member (and its brass plug, if included) have moved inward, engaging the outer surface of the plunge guide post and holding the assembly in place.

The preferred plunge locking system also comprises a torsion spring **46** which comprises a catch rod **463** proximate one end of the spring and a support rod **462** proximate the other end of the spring. Torsion spring **46** originally is located about the threaded coupler member **91** adjacent to the lock arm lever **103**. In the preferred embodiment, the catch rod **463** which extends outwardly from the coiled torsion spring **46**, is coupled to the back side of the lock arm lever **103** such that the catch rod **463** rotates with the movement of the lock arm lever **103**. The support rod **462**, which also extends outward from the coiled torsion spring **46**, engages one side of the mating catch device **1001** which extends outward from the side of the motor housing **61**.

The mating catch device **1001**, according to a preferred embodiment to the present invention, contains a V-shaped notch **1111** proximate its outward end to accept the catch rod **463** when the lock arm lever **103** is moved into the unlocked position. As the lock arm lever **103** rotates between the locked and unlocked position, the catch rod **463** located along the back side of the lock arm lever **103** moves above the mating catch device **1001**. Because the catch rod **463** runs parallel from the lock arm lever **103**, it is slightly below the back surface of the lock arm lever **103**. The mating catch device **1001** is located along a point of rotation for the lock arm lever **103** such that the catch rod **463** will be centered above the V-shaped notch **1111** in the outward end of the mating catch device **1001**. Because the outward end of the catch rod **463** is coupled to the back surface of the lock lever **103**, the catch rod **463** will hold the lock arm lever **103** in place in the unlocked position when the catch rod **463** is located within the V-shaped notch **1111** of the mating catch device **1001**.

In operation, the operator rotates the lock arm lever **103** from the locked to unlocked position. At that time, that catch rod **463** will be centered within the V-shaped notch **1111**, and the lock arm lever **103** can be held from rotating back by the V-shaped notch **1111**. When an operator wants to move the lock arm lever **103** back to the locked position, the operator applies sufficient force to the lock arm lever **103**, and thus in turn to the catch rod **463**, to overcome the friction between the V-shaped notch **1111** and the catch rod **463**. The operator forces the catch rod **463** over the edge of the V-shaped notch **1111** in order to permit the lock arm lever **103** to rotate back to the locked position using the bias force created within the torsion spring **46**.

Mating catch device **1001** preferably is located adjacent to the mating point between the lock arm lever **103** and the motor housing **61** such that the support rod **462** will not rotate when the lock arm lever **103** moves between the locked and unlocked position. Because the support arm is coupled to the side of the mating catch device **1001**, the rotational force within the torsion spring **46** is created when the lock arm lever **103** moves from the locked to unlocked

10

position. Accordingly, torsion spring **46** creates a bias force against the movement of the lock arm lever **103** when the lock arm lever **103** is not in the locked position.

Switchable Router Brake System

In another embodiment, the router also comprises a switchable motor brake system for controlling the operation of the router motor **136**. The preferred switchable motor brake system comprises the circuit shown in the diagram of FIG. **11**B. In such an embodiment, the router comprises a router motor surrounded by a motor housing **61**, the motor brake system, and a brake control switch **226** which is used to engage or disengage the motor brake system. The motor brake system may comprise a load resister **1103** placed across a set of windings **1104** of the router motor. Load resister **1103** operates to bleed off electrical current contained within the motor when the motor control switch **1102** is switched to an off position. Brake control switch **226** is electrically connected to the motor brake load resistor **1103** such that the motor brake resistor **1103** is electrically disconnected from the router motor windings when the brake control switch **226** is in a first position. The brake control switch **226** will connect the load resistor **1103** to the router motor windings **1104** when it is in a second position. In one such embodiment, the brake control switch **226** shown in the circuit of FIG. **11**B is a toggle switch **226** mounted on motor housing **61**.

When the load resistor **1103** is placed across the router motor windings **1104**, the router motor will stop rotating almost immediately after the router motor is turned off using a motor control switch **182**. When the brake control switch **226** is in the first position, and the load resistor **1103** is not placed across the windings **1104**, the router motor will continue to spin down slowly after the motor control switch **182** is moved from the on to off position. The feature of disengaging the router motor brake allows the operator to have finer control of the operation of the router, since application of the load resistor across the router windings can cause the router motor to jerk slightly do to the rotationally-induced braking torque. When the router brake load resistor is not placed across the motor windings, the torque induced jerk effect does not occur. By disengaging the motor brake system, the user can have finer control over the operation of the router when doing delicate cutting work.

Plunge Router Depth Stop System

According to an example embodiment of the present invention, a plunge router may also comprise an improved adjustable bit depth stop system. As described before, the present router comprises a router motor which is surrounded by a motor housing **61** and which is supported above a router base **1** using at least one plunge guide post **7**. The plunge guide post **7** is coupled to the router base **1** at one end and is configured to support the motor housing **61** at a plurality of selectable depth stop positions above the router base. The preferred plunge router depth stop system, shown in part in FIG. **12**, comprises a rotatable depth stop rod **40** which has a selection member protrusion portion **1201** protruding from the depth stop rod proximate one end. The depth stop rod **40** is located within a restraining collar **1004** affixed to one side of motor housing **61**.

The adjustable depth stop system also comprises a stepwise rising depth stop **601** having a plurality of stop position surfaces **603** located on the router base **1**. The step-wise rising depth stop **601** is configured to engage the selection member protrusion portion **1201** of the depth stop rod **40** to stop the plunge router at a desired depth.

Restraining collar **1004**, which is affixed to the motor housing **61**, comprises an adjustable restraining device **1005**

5,998,897

11

to hold the depth stop rod **40** at a desired selectable height as well as to permit the depth stop rod to rotate at the desired selected height in order to enable the selection protrusion member of the depth stop rod to engage a selected one of a plurality of stop positions within the rising depth stop **601**. The selection member protrusion portion **1201** of the depth stop rod **40** engages any one of these plurality of stop position surfaces **603** when the rotatable depth stop rod **40** is rotated to a position in which the depth stop rod selection protrusion portion **1201** is vertically aligned above the selected one of the plurality of depth stop position surfaces **603** located on the step-wise rising depth stop **601**.

The depth stop rod **40** itself is configured to slide vertically within the restraining collar **1004** in order to enable the desired depth stop height to be set to a plurality of heights under the control of the adjustable restraining device **1005**. In operation, the selection protrusion member **1201** of the depth stop rod **40** is aligned above one of the plurality of depth stop position surfaces **603** and is held at the height desired when the restraining collar is tightened. As the motor housing **61** is lowered on the plunge guide posts **7** toward the router base **1**, the selection member protrusion portion **1201** engages the selected one of the plurality of stop position surfaces **603** when the motor housing has reached the desired height, thus preventing the motor housing and corresponding router bit from plunging any deeper into the material being cut.

The adjustable restraining collar **1004** is also configured to hold the depth stop rod **40** within the restraining collar at the desired height while also preventing the depth stop rod from rotating within the collar without the application of a rotational force by an operator. Because the selected one of the plurality of depth stop positions surfaces **603** are at various heights above the router base, an operator can set the depth stop rod at a desired height and rotate the rod **40** to one of the selected plurality of depth stop surfaces **603** having the desired separation from the router base **1**. The operator can then plunge the router to cut into the work piece material to the height set by the combination of the depth stop rod **40** at a height and the particular selected one of the plurality of depth stop position surfaces **603**. Once the operator has completed the cut at this height, the operator can simply rotate the depth stop rod **40** within the restraining collar **1004**, while maintaining the height setting of the depth stop rod **40**, such that the selection member protrusion portion **1201** of the depth stop rod **40** engages a different one of the plurality of depth stop position surfaces **603**. Restraining collar **1004** is configured to hold the depth stop rod **40** in place. Restraining collar **1004** is also configured to permit the depth stop rod **40** to rotate at a set height when an operator applies a rotational force to a turret knob **38** coupled to one end of the depth stop rod **40**. Because the second stop position surfaces have different heights from the router base, the plunge router can be plunged to a different position for successive cuts. Assuming that the operator first selects the highest depth stop position surface **603**, this process can be repeated for as many of the depth stop position surfaces as exist within the step-wise rising depth stop **601** located on the router base **1**.

Using the adjustable depth stop system, an operator can perform a series of cuts at increasingly deeper positions, with a known separation between each of the stops (as established by the depth stop position surfaces **603**) in order to allow for efficient and accurate cutting of the work piece material without the need to remove their grip from the router handles to adjust the depth stop system. In alternative embodiments of the present depth stop invention, the step-wise rising depth stop system **601** can be either affixed to or

12

integral with router base **1** and can contain any number of rising stop positions. Additionally, the step-wise rising stop system **601** can comprises machine screws adjustable with threaded apertures defined by system **601** in order to provide step-wise rising depth stop at a plurality of heights set by the machine screws **602**, as shown in FIG. 6D.

The depth stop rod **40** itself may comprise a turret knob **38** located proximate the opposite end from the selection member protrusion portion. Turret knob **38** typically is located near the top of the router motor housing and is configured to permit the depth stop rod **40** to be rotated within the restraining collar using a thumb motion of an operator.

The adjustable restraining device **1005** within the restraining collar **1004** comprises a rotatable knob **59**, a spring washer **13**, and a cylindrical screw having a threaded post located on one side of the cylindrical screw to connect the rotatable knob to the restraining device **1005** and also to define a length-wise hole **1006** through the screw **37**. Spring washer **13** may be located about the threaded post between the rotatable knob **59** and the cylindrical screw **37**, and the depth stop rod is located within the length-wise hole **1006** of the cylindrical screw **37**. The depth stop rod **40** is configured to both rotate and slide vertically within the lengthwise hole of the cylindrical screw **37** when the rotatable knob **59** is rotated to an outward position. The depth stop rod **40** preferably is held in place using a frictional force between the contact surfaces of the cylindrical screw **37** and the depth stop rod **40** when the rotatable knob **59** has rotated to an inward position. As the knob rotates inward on the threaded post of the cylindrical screw **37**, contact between the cylindrical screw **37** and the depth stop rod **40** is made. Friction between the screw **37** and the rod **40** holds the depth stop rod **40** in place.

Ergonomic Router Handles

According to a preferred embodiment, the present router comprises one or more ergonomic handles **8** and **11** for use in holding the router during use. In such and embodiment the router comprises a motor, a motor housing surrounding the router motor, a router base, first and second router handle coupled to opposing sides of the motor housing, and a trigger switch used to engage the router motor. One particular embodiment of the trigger switch **25** is described above when discussing the lock out mechanism.

The first and second router handles, **11** and **8**, have an outside surface, a handle circumference **650** which is generally parallel to the armature shaft, an inner surface portion **651** located within the handle periphery and being configured to connect the handle to the motor housing, and an outer surface portion **652** located within the handle periphery and being configured to provide a gripping surface for the user to grip the first and second router handles. Preferred trigger switch **25** is configured move in and out of the first handle and is configured to become flush with the inner surface portion when the trigger switch **25** has been moved into the on position.

In a router with two similar or identically shaped handles, such as on each side of the router motor housing, the first and second router handles are configured to provide an infinite number of user grip angles between the outside surface **652** of the router handles and the motor housing itself to provide an infinite number of comfortable gripping positions for a user to hold the handles. In order to accomplish this objective, the handle periphery of the first and second router handles typically has an elliptical shape and has an upper **661** and lower side **662**, with the upper side **661** being more narrow than the lower side **662**. The outer portion **652** of the

5,998,897

| 13 | 14 |

first and second router handles is configured to curve outward from the outer handle periphery 650. The inner portion of the handles 651 slopes from the outer handle periphery back toward the motor housing 61 to provide a place for the user to grip the handles with the operator's thumbs located between the outer handle periphery and the motor housing.

The outer portion 652 of the first and second router handles preferably comprises a substantially flat tactile soft gripped area 654 proximate the center of the outer portion 652. The outer surface of the second handles may be over molded with a thermal elestromere material.

The Plunge Router Fine Adjustment System

In another example embodiment of the present invention, a plunge router comprises the fine depth adjust system. Such a plunge router comprises a router motor, a motor housing surrounding the motor 61, a router base 1, and at least one guide post 7 coupled to the base at one end to support the motor housing at a plurality of selectable heights above the base 1. A plunge router depth adjust system preferably also comprises a plunge lock lever 103 which has both a locked and an unlocked position. The plunge lock lever 103 is coupled to the motor housing 61 and is configured to lock the motor housing 61 at a plurality of positions along the plurality of guide posts 7.

The preferred adjustable fine depth adjustment system comprises a micro adjust knob 29 which is located at the top of a plunge guide posts 7. The micro adjust knob 29 is configured to adjust the plunge stop position within the first guide post.

As with most plunge routers, an operator typically will want to set the plunge position to which the plunge router moves the motor housing down on plunge guide posts 7 in order to stop at some known desired position. This desired position, having a set distance relative to the cutting end of the router bit, defines how deep the router bit will cut into the material being routed. In the embodiment shown, micro adjust knob 29 rotates to move this plunge position up and down the plunge guide posts relative to the router base 1. The adjustable bit stopping system of the present router typically comprises a bias system 206 configured to provide a lifting force between the router base 1 and motor housing 61 in order to maintain a separation between a router base 1 and motor housing 61 when the plunge lock lever 103 is in an unlocked position. When the plunge lock lever 103 is in the locked position, the plunge lock lever 103 holds the router housing at a particular vertical position, and the bias system 206 is not needed. However, when the plunge lock lever 103 is in the unlocked position, the motor housing 61 is free to move along one or more guide posts 7, and bias system 206 typically is needed to prevent motor housing 61 and thus the router bit from falling into the material being cut.

The present plunge router fine adjustment system 1310 is configured to move a plunge stop position between an upper stop 1301 in which the motor housing is at its maximum separation from the router base and a lower stop limit 1302. The adjustment system 1310 is further configured to directly increase or decrease the separation of the motor housing 61 from the router base 1 as micro adjust knob 29 rotates when the plunge stop position is located at its lower limit 1302. The motor housing 61 is configured to move between the maximum separation and the plunge stop position when the plunge lock lever 103 is located in its unlocked position as discussed before.

In the preferred embodiment, the adjustable bit depth stopping device comprises a depth stop nut 16 which is located within a guide post, such as first guide post 7. This

depth stop nut 16 also defines a threaded hole proximate the center of the depth stop nut and is configured to accept a threaded shaft 172 which has a corresponding threaded diameter. Threaded shaft 172 is coupled at one end to the micro adjust knob 29. Shaft 172 passes through the nut 16 with shaft threads 1311 mating with the threads on the inner surface of the hole through the center of the depth stop nut 16. Accordingly, the threaded shaft 172 is configured to cause the depth stop nut 16 to travel along the threaded shaft as the micro adjust knob is rotated. When micro adjust knob 29 is rotated in a first direction, nut 16 moves upward. When micro adjust knob 29 is rotated in the opposite direction, nut 16 will move downward. Accordingly, nut 16 moves up and down along the threaded shaft between maximum height 1301 the lower stop limit 1302.

The lower stop position 1302 for nut 16 corresponds to the plunge stop position being at the lower stop limit 1302. Micro adjust knob 29 is also coupled to the motor housing in order to prevent the motor housing from moving closer to the router base once the depth stop nut is at the lower stop position. The depth stop nut travels within a hole 1312 that is sized and shaped to mate with the outer configuration of the nut 16 within the first plunge guide post 7 as shown in FIG. 13B and moves up and down as the motor housing moves up and down. When the nut 16 reaches its lower position, the nut 16 can go no further. The end portion of the threads of nut 16 prevent the threaded shaft from going down any further, which in turn prevents the micro adjust knob from moving. Since micro adjust knob 29 is coupled to the motor housing 61, it defines a stop at which the motor housing 61 can travel.

When depth stop nut 16 is located at its lower stop limit 1302, the threaded shaft 172 may continue to rotate in a direction which continues to lower the motor housing 61 toward the router base 1. In the preferred embodiment, an operator can continue to turn the micro adjust knob 29 to precisely lower the motor housing 61 toward the router base 1, since the threads of the threaded shaft 172 are configured such that, with each rotation of the micro adjust knob 29, the motor housing will move one-eighth of an inch.

A bias system which is part the present adjustable bit stop system comprises a compression spring 206 which is located between the top of the first guide post 7 and the motor housing 61. Threaded shaft 172 travels through the center of a compression spring 206, and the compression spring 206 is compressed to create a bias force as the motor housing 61 travels down the guide posts 7 toward the router base 1.

To operate the micro adjust depth stop system, an operator may follow steps set forth below. First, micro adjust knob 29 generally is rotated clockwise far enough to allow the router to be plunged to a location that permits the lower end of the router bit to contact the workpiece surface. Second, while maintaining the cutting bit in contact with the work piece, the operator locks the power head to guide post 7 by moving plunge lock lever 103 from the unlocked to locked position. Third, the operator turns micro adjust knob 29 counterclockwise until it stops moving once depth stop nut 16 reaches its lower position.

While maintaining micro adjust knob 29 at this stop orientation, the operator zeros index ring 32 to an index mark 2001 which in the preferred embodiment is located on the front of the housing just below index ring 32. Without disturbing the orientation of index ring 32 to knob 29, the operator rotates knob 29 clockwise one revolution of the knob, which in the preferred embodiment equals one-eighth inch adjustment, until the desired depth has been dialed in. Next, the operator releases plunge lock lever 103 to raise

5,998,897

15

motor housing **61** from router base **1** to begin operating the router motor using an engagement switch, such as trigger switch **25**. Once the motor is running, the operator may plunge the router downward to its stop position. The router will not drive the cutting bit any farther into the work piece than the previously-dialed-in depth as defined by micro adjust knob **29**. Once at this depth position, an operator may lock the plunge lock **103** and perform the relevant task.

Once the particular cut desired has been completed, the operator can unlock plunge lock lever **103** and raise the router from this plunged position until the bit is above the bottom of the sub-base **1**. The preferred router will continue to plunge to this previously dialed-in depth until the operator adjusts the stopped position using micro adjust knob **29** as defined above, or until the operator repositions the cutting bit in the chuck.

Depth stop rod **40**, with its selection protrusion member portion **1201**, which engage the stepwise rising depth stop **601** located on the router base **1**, may be used in conjunction with the present micro adjust depth stop feature if the operator wishes to step down the depth to a dialed-in depth. Otherwise, the depth stop rod **40**, with its protrusion selection member portion, may be raised near its maximum height and clamped out of the operator's way.

Although the drawings and description herein depict the present fine-adjust system to operate in a hand-held plunge router, the present fine-adjust system may be used in alternate embodiments such as in a router table, or such as in the present router mounted upside down as part of a router table.

**Plunge Router Sub-base Alignment System**

According to another embodiment of the present invention the present router may comprise a sub-base alignment system. In such a system, the router comprises a router motor, a motor housing **61** surrounding the router motor, and a router base **1** comprising a sub-base **55**. Although applicable to non-plunge routers as well, the drawings and descriptions depict the present sub-base alignment system configured with a plunge router comprising a plurality of plunge guide posts **7** used to support the motor housing **61** at a plurality of heights from the router base **1**. The present sub-base alignment compares a plurality of raised bosses **1401** located on sub-base plate **55** at positions to permit the bosses **1401** to engage a plurality of recessed cavities **1402** within the base plate. In the plunge router embodiment shown, the plurality of plunge rod posts **7** each mate with the base plate **1** at matching guide post cavities defined by router base **1**, to place the base plate **1** at a known position relative to the center of rotation of the router. In the preferred embodiment, the upper end of the plunge rod posts **7** mate the motor housing **61** at known positions. As shown in the drawings, the raised bosses **1401** may be located on the router sub-base **55** and are similarly located at known positions in order to place the outer periphery of router sub-base **55** at a desired position relative to the center of rotation of the router chuck by having the raised bosses **1401** mate with the recessed cavities **1402**.

In the preferred embodiment, the recessed cavities **1402** defined by the base plate **1** are machined at predetermined locations to precisely locate the cavities relative to the mating positions of plunge guide posts **7** within base plate **1**. Given this configuration, the components of the motor housing **61**, the plunge guide posts **7**, the base plate **1**, and the sub-base **55**, are all configured to a set of points which have known references to each other all relative to the center point of the router.

In the preferred embodiment, sub-base **55** comprises a straight edge **1403** on at least one side such that the straight

16

edge **1403** has a fixed desired position of relative to the raised bosses **1401**. In such a configuration, straight edge **1403** will have a known position relative to the center of rotation for the router motor and thus the center of rotation for cutting tool, such that an operator can position the cutting tool in a desired position for the entire length of a cut, such as with a straight-edge member acting as a guide fence. In the sub-base shown, a portion **1404** of sub-base edge **55** also may be curved. The curved edge portion **1404** of sub-base **55** may have a fixed radius from the center of rotation of the router motor, and curved edge **1404** has a known position relative to the raised bosses **1401**, such that the curved edge **1404** has a known position relative to the center of rotation of the router motor. In one particular embodiment, the curved surface **1404** is circular about the center of rotation of the router motor, such that the curved edge **1404** of the sub-base **55** can be used to guide the router motor along a straight cut at any rotational position of the router, such that the rotational position of the router will not affect the position of the cut relative to an edge guide used to guide the router along the sub-base.

While the drawings and descriptions herein illustrate the raised bosses **1401** as being located on the sub-base **55** and illustrate the recesses cavities as being located on the base **1**, the recessed bosses and recessed cavities may be located on either, or both the sub-base and base without departing from the scope and spirit of the sub-base alignment system, as long as a recessed boss mates with a recessed cavity at a known locations. The present alignment system may also be employed in any router, laminate trimmer, or similar tool that possess a base and sub-base combination.

The foregoing description of the exemplary embodiment of improved router features has been presented for the purposes of illustration and description. The preceding description is not intended to be exhaustive or to limit any of the disclosed inventions. Many modifications and variations are possible. It is intended that the scope of the present router inventions be limited not with this detailed description, but rather by the claims appended hereto.

What is claimed is:

1. A router having a chuck mounting system, the router comprising:

    a router motor;

    an armature shaft extending from a lower end of the router motor, the armature shaft comprising an outer diameter and a lower end;

    a motor housing surrounding the router motor;

    a router base coupled to the motor housing to support the router motor above the router base; and

    a chuck system coupled to the lower end of the armature shaft of the router motor and comprising:

        a collet defining a lengthwise hole and a plurality of lengthwise slots, having an upper end, a lower end, an inner diameter, and an outer diameter, and being configured to accept a router bit shank within the lengthwise hole in order to secure the router bit shank within the chuck mounting system;

        a chuck defining a generally vertical lengthwise hole having an inner diameter, having a top face proximate an upper end of the chuck and a lower end, and being configured to accept the collet and router bit shank for installation within the chuck; and

        a lower router bearing having a lower face end, an inner race, and an outer race, the inner race being configured to receive the armature shaft, the outer race of the lower router bearing is secured by the motor

5,998,897

| 17 | 18 |

housing to permit the armature shaft to rotate within the lower bearing;

wherein:

the top face of the chuck engages the lower face of the inner race of the lower router bearing in order to square the chuck with the motor housing; and

the inner diameter of the chuck engages the outer diameter of the armature shaft in order to align the chuck with the armature shaft.

**2**. The router according to claim **1**, wherein the armature shaft defines a vertical aperature proximate the lower end of the armature shaft to accept the router bit shank when the collet is inserted within the chuck in order to allow the router bit to be located near the lower router bearing.

**3**. The router according to claim **2**, wherein:

the inner diameter of the chuck is threaded; and

the outer diameter of the armature shaft is threaded to mate with the threads on the inner diameter of the chuck.

**4**. The router according to claim **3**, wherein the chuck is a Jacobs-type tool-less collet.

**5**. The router according to claim **3**, wherein the chuck is a wrench-operated collet having a threaded surface about an outer diameter of the chuck proximate the lower end of the chuck.

**6**. The router according to claim **5**, wherein the chuck mounting system further comprises a threaded collet nut being coupled to the chuck and defining a vertical lengthwise hole with a threaded surface in order to cause the lower opening of the collet to be narrowed as the collet nut is rotated about the threaded surface on the outer diameter of the chuck.

**7**. The router according to claim **5**, wherein the router comprises a chuck tightening device comprising:

a cylindrical locking pin located perpendicular to the chuck and having a locked and unlocked position;

a locking pin support located on the motor housing and surrounding the cylindrical locking pin in order to permit the cylindrical locking pin to slide towards and away from the chuck within the locking pin support; and

a locking pin bias system located within the locking pin support and configured to apply a bias force to the cylindrical locking pin in order to move the cylindrical locking pin towards the unlocked position when not in use;

wherein:

the cylindrical locking pin extends through the locking pin support; and

the cylindrical locking pin engages a mating aperature located on the chuck to prevent the chuck from rotating in order to allow the collet nut to be tightened using a single wrench.

**8**. The router according to claim **3**, wherein the router further comprises a plurality of plunge guide rods to support the motor housing at a plurality of selected positions above the router base.

**9**. The chuck mounting system according to claim **8**, wherein the router further comprises a plurality of plunge guide rods to support the motor housing above the router base.

**10**. A chuck mounting system for use with a router comprising a router motor having an armature shaft having an outer diameter and extending from one end of the router motor, a motor housing surrounding the router motor, and a router base coupled to the motor housing to support the router motor above the router base, the chuck mounting system being coupled to the armature shaft of the router motor and comprising:

a collet chuck defining a lengthwise hole to accept a router bit for installation within the collet chuck, the collet chuck having a top face on one end and a pilot inner diameter; and

a fan end bearing having an outer face of an inner race and being configured between the armature shaft and the motor housing to permit the armature shaft to rotate;

wherein:

the top face of the collet chuck engages the outer face of the inner race of the fan end bearing in order to square the collet chuck with the motor housing; and

the pilot inner diameter of the collet chuck engages the outer diameter of the armature shaft in order to align the collet with the armature shaft.

**11**. The chuck mounting system according to claim **10**, wherein:

the inner diameter of the collet chuck is threaded; and

the outer diameter of the armature shaft is threaded to mate with the threads on the inner diameter of the collet chuck.

**12**. The chuck mounting system according to claim **11**, wherein the chuck mounting system further comprises a threaded collet nut being coupled to the collet chuck and defining a vertical length wise hole in order to cause the router bit opening of the collet chuck to be narrowed as the collet nut is rotated about the collet chuck threads.

\*    \*    \*    \*    \*

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
BLACK & DECKER, INC. and BLACK & DECKER (U.S.) INC.

## DEFENDANTS
TECHTRONICS INDUSTRIES CO. LTD., ONE WORLD TECHNOLOGIES, INC. and OWT INDUSTRIES, INC.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
**(EXCEPT IN U.S. PLAINTIFF CASES)**

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
**(IN U.S. PLAINTIFF CASES ONLY)**
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM ADDRESS AND TELEPHONE NUMBER)
Thomas C. Grimm (#1098)
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

### CONTRACT
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgement
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholder Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability

### REAL PROPERTY
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

**PERSONAL INJURY**
☐ 362 Personal Injury - Med Malpractice
☐ 365 Personal Injury - Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

### CIVIL RIGHTS
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 444 Welfare
☐ 440 Other Civil Rights

### PRISONER PETITIONS
☐ 510 Motions to Vacate Sentence
**HABEAS CORPUS:**
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

### FORFEITURE/PENALTY
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R R & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

### LABOR
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl Ret Inc Security Act

### BANKRUPTCY
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
☐ 820 Copyrights
☒ 830 Patent
☐ 840 Trademark

### SOCIAL SECURITY
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS - Third Party 26 USC 7609

### OTHER STATUTES
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed From State Court
☐ 3 Remanded From Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred From another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgement

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Patent infringement, 35 U.S.C. § 271

## VII. REQUESTED IN COMPLAINT
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See Instructions)
JUDGE _____
DOCKET NUMBER _____

DATE 6·14·06

SIGNATURE OF ATTORNEY OF RECORD _Thomas C Grimm_

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____

# ACKNOWLEDGMENT
# OF  RECEIPT  FOR AO FORM  85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___3___ COPIES OF AO FORM 85.

_____          _____
(Date forms issued)              (Signature of Party or their Representative)

                                 Jason Kiracofe
                                 (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action