IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BLACK & DECKER INC. and BLACK & DECKER (U.S.) INC., | ) ) ) | |
| Plaintiffs, | ) ) ) | C.A. No. _____ |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| TECHTRONICS INDUSTRIES CO. LTD., ONE WORLD TECHNOLOGIES, INC. and OWT INDUSTRIES, INC., | ) ) ) ) | |
| Defendants. | ) | |

## PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1, Fed.R.Civ.P., Plaintiffs submit the following statement:

Black & Decker Inc. and Black & Decker (U.S.) Inc. are indirect, wholly owned subsidiaries of The Black & Decker Corporation. No other person or entity has a 10% or greater interest in any of the Black & Decker parties or their parent corporation.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_/s/ Thomas C. Grimm_
Thomas C. Grimm (#1098)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
tgrimm@mnat.com
(302) 658-9200
*Attorneys for Plaintiffs*

OF COUNSEL:

Raymond P. Niro, Jr.
Dina M. Hayes
Christopher F. Laney
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Il 60602 4515
(312) 236 0733

June 14, 2006
524591