AO 440 (Rev. 10/93) Summons in a Civil Action

# ORIGINAL

# United States District Court

### DISTRICT OF __DELAWARE__

**SUMMONS IN A CIVIL ACTION**

BLACK & DECKER INC. and BLACK
& DECKER (U.S.) INC.,                                         )
                                                             )
                                                             )
          Plaintiffs,                                )
                                                             )         **CASE NUMBER:**
    v.                                                   )
                                                             )
TECHTRONICS INDUSTRIES CO. LTD.,                             )
ONE WORLD TECHNOLOGIES, INC.
and OWT INDUSTRIES, INC.,

          Defendant.


TO:    ONE WORLD TECHNOLOGIES, INC.
       c/o Corporation Service Company
       2711 Centreville Road, Suite 400
       Wilmington, DE  19808


     **YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon
PLAINTIFFS' ATTORNEY:

       Thomas C. Grimm, Esquire
       MORRIS, NICHOLS, ARSHT & TUNNELL LLP
       1201 N. Market Street
       P.O. Box 1347
       Wilmington, DE  19899-1347

an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this summons
upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.


PETER T. DALLEO

JUN 1 4 2006

_____
CLERK

_____
DATE

*Monica Mooley*

_____
BY DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE<br>6/15/06 |
| NAME OF SERVER (PPJNT)<br>DENORRIS BRITT | TITLE<br>SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐   Served personally upon the defendant. Place where served: _____

     Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐   Name of person with whom the summons and complaint were left: _____

☐   Returned unexecuted: _____

☒   Other (specify):   SERVED: ONE WORLD TECHNOLOGIES, INC C/O CORPORATION SERVICE CO AT 2711 CENTERVILLE RD. WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY MARY DRUMMOND (PROCESS AGENT)

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/15/06
           Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 ofthe Federal Rules of Civil Procedure.