# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Thomas C. Grimm
302 351 9595
302 425 4661 Fax
tgrimm@mnat.com

June 30, 2006

**VIA E-FILING**

The Honorable Gregory M. Sleet
United States District Court
 for the District of Delaware
844 N. King Street, Lockbox 19
Wilmington, DE 19801

    Re: *Black & Decker Inc. and Black & Decker (U.S.) Inc. v.*
       *TechTronics Industries Co. Ltd, One World Technologies,*
       *Inc. and OWT Industries, Inc.*, C. A. No. 06-386-GMS

Dear Judge Sleet:

  The parties jointly present herewith a Proposed Order granting Defendants an extension of time to answer or otherwise respond to the Complaint to August 28, 2006.

  This is the first extension of time sought in the case. The extension is necessary to allow the parties to continue discussions toward a possible early settlement, and to allow Defendants to complete their necessary investigation of the allegations. Moreover, Defendants' counsel has agreed to accept service on behalf of the foreign Defendant, TechTronics Industries Co. Ltd.

  It is respectfully requested that the extension be granted.

         Respectfully,

         */s/ Thomas C. Grimm*

         Thomas C. Grimm

TCG
Enclosure
cc: Dr. Peter T. Dalleo, Clerk of the Court (by hand - w/encl.)
   Richard H. Marschall, Esquire (by e-mail - w/encl.)
   Raymond P. Niro, Jr., Esquire (by e-mail - w/encl.)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLACK & DECKER INC. and BLACK & DECKER (U.S.) INC.,<br><br>        Plaintiffs,<br><br>    v.<br><br>TECHTRONICS INDUSTRIES CO. LTD., ONE WORLD TECHNOLOGIES, INC. and OWT INDUSTRIES, INC.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)    C.A. No. 06-386-GMS<br>)<br>)<br>)<br>)<br>)<br>) |

### **[PROPOSED] ORDER**

This matter having come before the Court and good cause shown, IT IS HEREBY ORDERED, this ___ day of _____, 2006, that:

Defendants are GRANTED an extension of time to answer or otherwise respond to the Complaint to August 28, 2006.

 

_____
United States District Court Judge

527175