IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLACK & DECKER INC. and BLACK & DECKER (U.S.) INC., <br><br> Plaintiffs, <br><br> v. <br><br> TECHTRONIC INDUSTRIES CO. LTD., ONE WORLD TECHNOLOGIES, INC. and OWT INDUSTRIES, INC. <br><br> Defendants. | C. A. No. 1:06-cv-00386-(GMS) <br><br> JURY TRIAL DEMANDED |

**MOTION TO SEVER AND TRANSFER
VENUE PURSUANT TO 28 U.S.C. § 1404(a)**

Defendants Techtronic Industries Co. Ltd., One World Technologies, Inc., and OWT Industries, Inc. submit this Motion to Sever and Transfer Venue Pursuant to 28 U.S.C. § 1404(a).

    /s/ Richard K. Herrmann
Richard K. Herrmann (#405)
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
rherrman@morrisjames.com
Tel: (302) 888-6800
Fax: (302) 571-1750

*Attorneys for Techtronic Industries Co. Ltd., One World Technologies, Inc. and OWT Industries, Inc.*

*OF COUNSEL*
Michael E. Husmann
Richard H. Marschall
100 East Wisconsin Avenue
Suite 3300
Milwaukee, Wisconsin 53202-4108
mehusmann@michaelbest.com
rhmarschall@michaelbest.com
Tel. (414) 271-6560

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLACK & DECKER INC. and BLACK & DECKER (U.S.) INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>TECHTRONIC INDUSTRIES CO. LTD., ONE WORLD TECHNOLOGIES, INC. and OWT INDUSTRIES, INC.<br><br>    Defendants. | C. A. No. 1:06-cv-00386-(GMS)<br><br>JURY TRIAL DEMANDED |

**PROPOSED ORDER**

The Court having considered Defendants Techtronic Industries Co. Ltd., One World Technologies, Inc., and OWT Industries, Inc.'s Motion To Sever and Transfer Venue Pursuant to 28 U.S. C §1404(a), it is hereby GRANTED.

IT IS SO ORDERED this ___ day of _____, 2006

_____
The Honorable Gregory M. Sleet
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of August, 2006, I electronically filed the foregoing document, **DEFENDANTS' MOTION TO SEVER AND TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Thomas C. Grimm
Morris, Nichols, Arsht & Tunnell, LLP
1200 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
tgrimm@mnat.com
(302) 658-9200

Additionally, I hereby certify that on this 28th day of August, 2006, the foregoing document was served via Federal Express and by e-mail on the following non-registered participants:

Raymond P. Niro, Jr.
Dina M. Hayes
Christopher F. Laney
NIRO, SCAVONE, HALLER & NIRO
8128 West Madison, Suite 46700
Chicago, IL 60602-4515
(312) 236-9733

                         /s/ Richard K. Herrmann
                         Richard K. Herrmann (#405)
                         Morris, James, Hitchens & Williams LLP
                         222 Delaware Avenue, 10th Floor
                         Wilmington, DE 19801
                         (302) 888-6800
                         rherrmann@morrisjames.com

                         *Counsel for Techtronic Industries Co. Ltd., One World Technologies, Inc. and OWT Industries, Inc.*

1