IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLACK & DECKER INC. AND BLACK & DECKER (U.S.) INC., <br><br> PLAINTIFFS, <br><br> V. <br><br> TECHTRONIC INDUSTRIES CO. LTD., ONE WORLD TECHNOLOGIES, INC. and OWT INDUSTRIES, INC. <br><br> DEFENDANTS. | C. A. NO. 1:06-CV-00386-(GMS) |

**MOTION AND ORDER FOR ADMISSIONS PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of Michael E. Husmann and Richard H. Marschall of the law firm of Michael Best & Friedrich LLP to represent Defendants Techtronic Industries Co. Ltd., One World Technologies, Inc. and OWT Industries, Inc.

Dated: September 1, 2006

                                           */s/ Richard K. Herrmann*
Richard K. Herrmann (I.D. No. 405)
Mary B. Matterer (I.D. No. No. 2696)
MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admissions pro hac vice is granted.

Date: _____   _____
                                                                       Chief Judge Sue L. Robinson

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Wisconsin and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Dated: August 31, 2006            Signed: _____
                                          Michael E. Husmann, Esq.
                                          Michael Best & Friedrich LLP
                                          100 East Wisconsin Avenue
                                          Suite 3300
                                          Milwaukee, WI 53202-4108
                                          (414) 271 6560

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Wisconsin and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Dated: August 28, 2006                    Signed: _____
                                          Richard H. Marschall, Esq.
                                          Michael Best & Friedrich LLP
                                          100 East Wisconsin Avenue
                                          Suite 3300
                                          Milwaukee, WI 53202-4108
                                          (414) 271 6560

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of September, 2006, I electronically filed the foregoing document, **MOTION AND ORDER FOR ADMISSIONS PRO HAC VICE** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Thomas C. Grimm
Morris, Nichols, Arsht & Tunnell, LLP
1200 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
tgrimm@mnat.com
(302) 658-9200

Additionally, I hereby certify that on this 1st day of September, 2006, the foregoing document was served via e-mail on the following non-registered participants:

Raymond P. Niro, Jr.
Dina M. Hayes
Christopher F. Laney
NIRO, SCAVONE, HALLER & NIRO
8128 West Madison, Suite 46700
Chicago, IL 60602-4515
(312) 236-9733

          /s/ Richard K. Herrmann
          Richard K. Herrmann (#405)
          Mary B. Matterer (#2696)
          Morris, James, Hitchens & Williams LLP
          222 Delaware Avenue, 10th Floor
          Wilmington, DE 19801
          (302) 888-6800
          rherrmann@morrisjames.com

          *Counsel for Techtronic Industries Co. Ltd, One World Technologies, Inc. and OWT Industries, Inc.*

1