IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLACK & DECKER INC. and BLACK & DECKER (U.S.) INC., | Civil Action No. 06-386 |
| Plaintiffs, | |
| v. | |
| TECHTRONIC INDUSTRIES CO. LTD., ONE WORLD TECHNOLOGIES, INC. and OWT INDUSTRIES, INC., | |
| Defendants. | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

pro hac vice of **Scott B. Markow** to represent **Plaintiffs**, Black & Decker Inc. and Black &

Decker (U.S.) Inc. in this matter.

Signed: _____          Date: ___11.17.06___

Thomas C. Grimm (DE State Bar No. 1098)
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
Phone: (302) 658-9200

Attorney for Plaintiffs, Black & Decker Inc. and Black & Decker (U.S.) Inc.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____          _____
                                 United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Maryland and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _____    Date: __11/17/2006__

**Scott B. Markow**
THE BLACK & DECKER CORPORATION
701 E. Joppa Road
Towson, MD 21286