IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BLACK & DECKER INC. and BLACK & DECKER (U.S.) INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 06-386-GMS |
| TECHTRONICS INDUSTRIES CO. LTD., ONE WORLD TECHNOLOGIES, INC. and OWT INDUSTRIES, INC., | ) ) ) ) | |
| Defendants. | ) | |

## STIPULATED ORDER OF DISMISSAL

This action has come before the Court and it has been represented to the Court that Plaintiffs and Counter-Defendants, Black & Decker Inc. and Black & Decker (U.S.) Inc., and Defendants and Counter-Plaintiffs, Techtronic Industries Co. Ltd., One World Technologies, Inc. and OWT Industries, Inc., have entered into a Settlement Agreement and have agreed to a compromise and settlement of this Civil Action and all claims, defenses and counterclaims that were brought in this Civil Action.

WHEREFORE, with the consent of the parties, through their undersigned attorneys, it is hereby ORDERED, ADJUDGED and DECREED that:

1.  All claims, defenses and/or counterclaims that were made by and between the parties relating to this Civil Action are hereby dismissed with prejudice.

2.  Each party shall bear its own costs and attorneys' fees.

3.  This Court retains jurisdiction over the parties for the purpose of enforcing the Settlement Agreement between them relating to this Civil Action or any action relating to the enforcement of this Order.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS, JAMES, HITCHENS & WILLIAMS, LLP |
|---|---|
| */s/ Thomas C. Grimm* | */s/ Richard K. Herrmann* |
| Thomas C. Grimm (# 1098)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>tgrimm@mnat.com | Richard K. Herrmann (#405)<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19801<br>(302) 888-6800<br>rherrmann@morrisjames.com |
| OF COUNSEL: | OF COUNSEL: |
| Raymond P. Niro, Jr.<br>Dina M. Hayes<br>Frederick C. Laney<br>NIRO, SCAVONE, HALLER & NIRO<br>181 West Madison, Suite 4600<br>Chicago, IL 60602 4515<br>(312) 236 0733 | Michael E. Husmann<br>Richard H. Marschall<br>MICHAEL, BEST & FRIEDRICH<br>100 East Wisconsin Avenue<br>Milwaukee, WI 53202-4108<br>(414) 271-6560 |

SO ORDERED this ____ day of _____, 2007.

_____
United States District Judge

811519